No. 72–1051.  ROSENBERG v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 72–1066.  RIVA v. KLEINDIENST, ATTORNEY GENERAL, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 72–1078.  JAVOR v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 72–1079.  ROSENFIELD v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 72–1109.  CENTRAL SCHOOL DISTRICT No. 1 ET AL. v. RUSSO.  C. A. 2d Cir.  Certiorari denied.

No. 72–1123.  WILLIAMS v. OHIO.  Sup. Ct. Ohio. Certiorari denied.

No. 72–1126.  HATTERSLEY v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 72–1150.  DALLAS CABANA, INC., ET AL. v. COLLIER, TRUSTEE IN BANKRUPTCY.  C. A. 5th Cir.  Certiorari denied.

No. 72–1157.  AIR CARGO, INC., ET AL. v. BREEN AIR FREIGHT, LTD., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 72–1158.  BUILDING & CONSTRUCTION TRADES COUNCIL OF PHILADELPHIA & VICINITY ET AL. v. ALTEMOSE CONSTRUCTION Co.  Sup. Ct. Pa.  Certiorari denied.

No. 72–1177.  WELLCO Co. v. FRANKLIN.  App. Ct. Ill., 1st Dist.  Certiorari denied.